# Lake County Sheriff's Office

Sarsa Fatch
Chief Deputy

| | |
|---|---|
| CIRCUIT COURT | Return # 6033 |
| | Process # C18-00921 |
| | Docket # 18-5090 |
| | Reference # |

STATE OF SOUTH DAKOTA }
COUNTY OF LAKE }
}
}
Holli Lundahl (Plaintiff) }   PERSONAL SERVICE
vs }
Julie Gross in her Official and Personal Capacities, }
er al (Defendant)
}

I Timothy Walburg, Sheriff of Lake County, State of South Dakota, hereby certify and return that the **SUMMONSES & COMPLAINTS** came into my hands for service on **28th day of December, 2018** and that I did serve the same upon **JULIE ANN GROSS at 45624 228TH ST, MADISON, SD 57042-.**

| Attempt Date | Deputy | Outcome |
|---|---|---|
| 12/28/18 | Hofman, Micah | Successful Service Attempt |

| Item | Amount Owed | Amount Paid |
|---|---|---|
| Civil Fee | $50.00 | $0.00 |
| Mileage Fee | $5.00 | $0.00 |
| Misc. Item | $17.20 | $0.00 |
| | Total Owed | $72.20 |
| | Total Paid | $0.00 |
| | Uncollectible | $0.00 |
| | Remaining | $72.20 |

Invoice #    IN18-01042
HOLLI LUNDAHL
PO Box 105, Hot Springs, SD 57747

Comments

Date Returned 12/29/18

Signed _____    Date  12-29-18
Tim Walburg
Lake County Sheriff
By: Deputy Micah Hofman
200 E Center Street
Madison, SD 57042
Phone: (605) 256-7615

## CERTIFICATE OF SERVICE

The parties shall receive notice this filing both through the court's ECF system and because HOLLI has served the defendant at her home address of 45624 228th Stree, Madison SD 57042 by first class mail postage prepaid.

_____
Holli Lundahl