## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL | : |
| | CIVIL NO. **18-5090** |
| Plaintiffs | : |
| | |
| | CERTIFICATE OF SERVICE : |
| v. | : |
| JULIE GROSS in her Official | **RE MOTION TO FOR PERMANENT** |
| Official and Personal Capacities, | : **INJUNCTION UPON JULIE GROSS** |
| State of South Dakota Office Of | **IN HER PERSONAL, OFFICIAL** |
| Rural Development;  Craig Steinley; | : **AGENT CAPACITIES. . . ON** |
| and Lance Lockwood in his Official | **DECEMBER 29, 2018** |
| and Personal capacities | : |
| | |
| Defendants | : |

---

Plaintiff hereby gives notice that she SERVED Defendant GROSS in her personal, official and agent capacities with the MOTION For Permanent Injunction filed with the court on January 2, 2019, by first class mail postage prepaid for injunction to issue under its terms on January 17, 2019, at which time Plaintiff will seek an injunction as a matter of law.

Dated: December 29, 2018

*Holli Lundahl* (signed)

CERTIFICATE OF SERVICE

The above signed certifes that she served the MOTION for permanent injunction at the following address for the Defendant 45624 228th Stree, Madison SD 57042 by first class mail postage prepaid with additional notice of intent to seek the injunction on January 17, 2018 as time is of the essence.