UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JULIE GROSS, in her Official and Personal Capacities as Director for the State of South Dakota Office of Rural Development; State of South Dakota Office of Rural Development; Craig Steinley; and Lance Lockwood in his Official and Personal capacities as a loan specialist for the state of South Dakota office of Rural Development,<br><br>　　　　Defendants. | Case: 5:18-CV-05090- LLP<br><br>DECLARATION OF<br>LOLITA BARNES |

## DECLARATION OF LOLITA BARNES

I, Lolita Barnes, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.　I am over the age of twenty-one (21) years and am fully competent to execute this Declaration. I have personal knowledge of the facts recited here.

2.　I make this Declaration in support of the Federal Defendants' Motion To Dismiss.

3.　Pursuant to the United States Department of Agriculture's ("USDA") Departmental Regulation DR 2510-001, each agency or office within the USDA must appoint a tort claim point of contact for processing tort claims.

1

EXHIBIT E Donovan Decl

4. I am currently the National FOIA/Privacy Act and Tort Claims Officer for USDA Rural Development's Records and Information Branch, FOIA, Privacy Act and Tort Claims Unit (the "Tort Claims Unit"), located in Washington, D.C. I have been employed by USDA since 1997, and have held the position of National FOIA/PA and Tort Claims Officer since 2009. As the National FOIA/Privacy Act and Tort Claims Officer, I am responsible for intake and processing of tort claims filed against the USDA Rural Development for the Tort Claims Unit.

5. In that capacity, I have personal knowledge regarding the facts, issues and documents discussed in this Declaration.

6. On April 11, 2019, I conducted a search of the records within the Tort Claims Unit in Washington D.C. and determined that no administrative tort claim has ever been filed by a Holli Lundahl or a Holli Telford. Additionally, on April 11, 2019, I received reports of searches from personnel in the USDA Rural Development and/or Rural Housing Services offices in Rapid City, South Dakota and Huron, South Dakota, as well as the USDA State Office in Huron, South Dakota and, according to their searches and records, no administrative tort claim has been filed by Holli Lundahl or Holli Telford in those offices.

I declare under penalty of perjury that the forgoing is true and correct.

Executed in <u>Washington, DC</u> on this <u>11th</u> day of April, 2019.

_____
Lolita Barnes
U.S. Department of Agriculture

2