BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL<br><br>Plaintiffs<br><br>v.<br><br>JULIE GROSS in her personal capacity<br>LANCE LOCKWOOD in his personal<br>capacity; CRAIG STEINLEY in his<br>personal capacity; CBE GROUP, Inc.<br>SYNCHRONY BANK, and AT&T<br><br>Defendants | CIVIL NO. **18-CV-1590-LLP**<br><br>**PLAINTIFF'S S NOTICE TO THIS COURT THAT THE DEFENDANTS HAVE MOOTED THIS COURT'S RESPONSE DATE OF JUNE 4, 2019 BY FILING A SUPERCEEDING MOTION TO DISMISS AND TO STRIKE WHICH RESPONSE IS NOT DUE UNTIL JUNE 11, 2019** |

Plaintiff heretofore seeks an extension of time to respond to Defendants mooted motion to dismiss and now superseding motion to strike and to dismiss.

This court issued a previous order granting plaintiff until June 4, 2019 to respond to the defendants original motion to dismiss plaintiff's original complaint as doc. 44. Plaintiff filed a FAC as doc no. 41, which was recorded as filed in error and then after the weekend filed a corrected FAC as Doc. 42. The Defendants then filed a subsequent motion to strike and to dismiss as to Plaintiff's corrected FAC Doc. 42 as their Doc. 47 on May 11, 2019. The defendants motion to strike and second motion to dismiss Doc. 47 MOOTS the defendants first motion to dismiss which response date was due on June 4, 2019.

Plaintiff file this NOTICE as a matter of clarification because the Defendants have mooted this court's order requiring a response date on June 4, 2019. Twenty one days after the latest motion to strike and to dismiss is June 11, 2019.

Plaintiff will be filing her collective response on that date.

Dated: May 30, 2019                    _____
                                        Holli Lundahl

CERTIFICATE OF SERVICE

The clerks will distribute notice through the court's ECF filing system

Box 926
Rapid City SD 57709

30 MAY 2019
UNITED STATES POSTAL SERVICE
1000
57701

U.S. POSTAGE PAID
FCM LETTER
RAPID CITY, SD
57701
MAY 30, 19
AMOUNT
**$0.55**
R2304E104986-04

U.S. District Court
515 Ninth Street, 3rd Floor
Rapid City SD 57701

57701$2673

**RECEIVED**

**MAY 31 2019**

CLERK, US DISTRICT COURT
RAPID CITY, S. DAK.