UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL, <br><br> Plaintiff, <br><br> vs. <br><br> JULIE GROSS, IN HER OFFICIAL AND PERSONAL CAPACITIES AS DIRECTOR FOR THE STATE OF SOUTH DAKOTA OFFICE OF RURAL DEVELOPMENT; STATE OF SOUTH DAKOTA OFFICE OF RURAL DEVELOPMENT, CRAIG STEINLEY, LANCE LOCKWOOD, IN HIS OFFICIAL AND PERSONAL CAPACITIES AS A LOAN SPECIALIST FOR THE STATE OF SOUTH DAKOTA OFFICE OF RURAL DEVELOPMENT; <br><br> Defendants. | 5:18-CV-05090-LLP <br><br><br> ORDER GRANTING MOTION FOR EXTENSION |

Plaintiff Holli Lundahl moves for an extension of time to respond to Defendants' motion to dismiss (Docket 38) and Defendants' motion to strike (Docket 47). Docket 50. After consideration of the motion, together with the file in this matter,

IT IS ORDERED that Plaintiff's motion for extension of time, Docket 50, is granted. Plaintiff's response to Defendants' motion to dismiss and Defendants' motion to strike is due June 17, 2019.

Dated this 4th day of June, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK