UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| HOLLI LUNDAHL,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIE GROSS, in her Official and Personal Capacities as Director for the State of South Dakota Office of Rural Development; State of South Dakota Office of Rural Development; Craig Steinley; and Lance Lockwood in his Official and Personal capacities as a loan specialist for the state of South Dakota office of Rural Development,<br><br>        Defendants. | CIV No. 5:18-cv-5090-LLP<br><br><br>DEFENDANTS' MOTION<br>FOR EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S MOTION<br>FOR PARTIAL SUMMARY<br>JUDGMENT |

COME NOW the federal defendants by and through their attorneys of record, Ronald A. Parsons, Jr., United States Attorney, and SaraBeth Donovan, Assistant United States Attorney, and move the Court for a 7-day extension of time, until August 20, 2019, to respond to Plaintiff's Motion for Partial Summary Judgment filed on July 23, 2019, Doc. 63, and Plaintiff's Supplement to that motion, Doc. 64, filed on July 24, 2019.  Per Local Rule 7.1(B), the federal defendants' response is currently due either tomorrow or Wednesday, August 13 or 14, 2019.

The reasons for this request are as follows. The undersigned counsel for the federal defendants was out of the office and out of town all last week.  Last Thursday, August 8, 2019, Plaintiff filed a Fourth Supplemental Declaration in

Support of her motion along with sixteen (16) exhibits. Doc. 69. Returning to the office today, counsel for the federal defendants has been unable to discuss Plaintiff's latest filings with agency representatives and the named federal defendants to determine whether and to what extent those latest filings are relevant to the issues in this case so as to incorporate the filings in the federal defendants' response.

Therefore, additional time is necessary for Counsel to prepare a comprehensive response to Plaintiff's motion for partial summary judgment. This request is not made for purposes of delay. Due to the nature of Plaintiff's filings and because she is *pro se*, she has not been contacted to determine whether or not she opposes this request.

Dated this 12th day of August, 2019.

>RONALD A. PARSONS, JR.
>United States Attorney
>
>*/s/ SaraBeth Donovan*
>SaraBeth Donovan
>Assistant U.S. Attorney
>515 Ninth Street, Suite 201
>Rapid City, SD 57701
>(605) 342-7822
>SaraBeth.Donovan2@usdoj.gov